# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

IN RE:

DONALD DAVIS

CASE NO. 09-31769
CHAPTER 13

Debtor(s).

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of Hale Dewey & Knight, PLLC, 88 Union Avenue, Suite 700, Memphis, TN 38103 will represent the interests of Chrysler Financial Services Americas, LLC f/k/a DaimlerChrysler Financial Services Americas, LLC ("CFS") in the matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for CFS, as follows:

>Stephen P. Hale, Esq.
>Carrie Ann Rohrscheib, Esq.
>Bert Echols, Esq.
>Hale Dewey & Knight, PLLC
>88 Union Avenue, Suite 700
>Memphis, TN 38103

/s/Bert Echols

Stephen P. Hale, Esq.
Carrie Ann Rohrscheib, Esq.
Bert Echols, Esq.
Attorneys for CFS
88 Union Avenue, Suite 700
Memphis, TN 38103
(901)271-0721
(901)271-0900

OF COUNSEL:
HALE DEWEY & KNIGHT, PLLC